GILL SPERLEIN (172887)
121Capp Street, Suite 200
San Francisco, California  94110
Telephone: (415)487-1211 X32
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO.: C-04-2823 (SBA) |
| Plaintiff, | **AFFIDAVIT OF IDENTITY AND ORDER** |
| vs. | Cal. Code Civ. Pro. 680.135 |
| MICHAEL PURSER, an individual, BAREBACK.COM, INC. a New York Corporation, | |
| Defendants. | |

I, GILL SPERLEIN, declare:

1. I am an attorney at law licensed to practice in the State of California and attorney of record for Plaintiff Io Group, Inc.

2. I submit this Affidavit of Identity in accordance with California Code of Civil Procedure which reads in its entirety:

> ""Affidavit of Identity" means an affidavit or declaration executed by a judgment creditor, under penalty of perjury, that is filed with the clerk of the court in which the judgment is entered at the time the judgment creditor files for a writ of execution or an abstract of judgment. The affidavit of identity shall set forth the case name and number, the name of the judgment debtor stated in the judgment, the additional name or names by which the judgment debtor is known, and the facts upon which the judgment creditor has relied in obtaining the judgment debtor's additional name or names. The affidavit of identity shall not include the name or names of persons, including any

corporations, partnerships, or any legal entities not separately named in the judgment in which the judgment debtor is a partner, shareholder, or member, other than the judgment debtor." Cal. Code Civ. Pro. §680.135.

3.  The Court entered judgment in favor of plaintiff Io Group, Inc. and against defendants on January 26, 2005.

4.  The names of the judgment debtors as listed on the Order of Judgment are Michael Purser and Bareback.com, Inc.

5.  Judgment debtor Bareback.com, Inc. is also known as, and does business as, "A Workshop".

6.  I relied on the following facts in obtaining the judgment debtor's additional name.

7.  Bareback.com, Inc. is a New York corporation that owns and operates the website, www.bareback.com.

8.  All domain names must be registered with an Internet Corporation for Assigned Names and Numbers (ICANN) accredited registrar.  This process allows domain names to be associated with specific locations on the Internet identified by an Internet Protocol (ip) address which consists of a series of numbers.  Therefore, when someone enters a domain name such as www.cand.uscourts.gov into a Internet browser, the browser goes to a specified location on the Internet and nowhere else.

9.  Each domain name can only be registered to one person or entity at any given time.

10. Information about the individuals or businesses who registered a specific domain name is publicly available on the Internet through a simple process called a "whois search".   I personally performed a whois search for www.bareback.com and a true and complete copy of the result is attached hereto as Exhibit A.

11. For over three years I have been involved in tracing and identifying the true owners of Internet websites engaged in copyright infringement.   In my experience, I have found that many individuals and organizations register domain names using pseudonyms, assumed names or fictitious names in order that they might operate an Internet website while maintaining a certain level of anonymity.

12. The domain name www.bareback.com, owned and operated by Bareback.com, Inc., is registered under the pseudonym, assumed name, or fictitious name "A Workshop," 300 West 49th Street, Apt.310, New York, New York, 10019.

13. The registration information for www.bareback.com also contains the e-mail address amvscom@aol.com.  This e-mail address belongs to and is used by Michael Purser and www.bareback.com.  I received e-mails from the e-mail address amvscom@aol.com signed, Michael, Bareback.com.  Moreover, amvscom@aol.com is listed on the www.bareback.com website as the e-mail address for contacting customer service and in a separate location is listed as the e-mail address for the custodian of records for the site.  In other words, Bareback.com, Inc. shares an e-mail address with "A Workshop" thereby indicating they are the same entity.

14. Bareback.com, Inc. registered the trademark bareback.com with the United States Patent and Trademark Office.  The registration lists Bareback.com, Inc. as the owner of the mark, with the address of 300 West 49th Street, Apt.310, New York, New York, 10019.

15. Bareback, Inc. is incorporated in the State of New York and has registered its agent for service of process as Michael Purser, 300 West 49th Street, Apt. 310, New York, New York, 10019, however, neither Michael Purser nor Bareback.com, Inc are located at that address.

16. After unsuccessful attempts to serve Michael Purser and Bareback.com, Inc. at 300 West 49th Street, I requested a forwarding address from the United States Post Office.  The United States Post Office reported that mail formerly received at 300 West 49th Street, Apt. 310, New York, New York, 10019 is currently being received at 676A, 9th Avenue, #302, New York, New York, 10036.

17. The address for "A Workshop" on the registration for www.bareback.com is 676A, 9th Avenue, #302, New York, New York, 10036.  Therefore, Michael Purser and Bareback.com, Inc. also share an address with "A Workshop".

18. Businesses entities operating in New York State are required to either register with the New York Department of State (corporations - NY CLS Bus Corp §403 and 1301; and limited liability companies – NY CLS LLC §209) or must register with the Clerk of the County (partnerships and sole proprietorships using assumed names – NY CLS Gen Bus §130).

19. "A Workshop" is not registered with the New York Department of State, or the New York County Clerk, thereby indicating "A Workshop" is not a unique and separate business entity, but rather serves as a pseudonym or assumed name for the existing business entity, Bareback.com, Inc.

20. In summary, Bareback, Inc., which holds an ownership interest in the trademark bareback.com, registered the domain name bareback.com using the fictitious business name "A Workshop." "A Workshop," which is not registered as a separate business entity in New York, shares the same e-mail address and street addresses as Bareback.com. These facts indicate that Bareback.com Inc. uses the pseudonym or fictitious business name "A Workshop" and "A Workshop" should be included as a judgment debtor.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *April 14, 2005*                    */s/ D. Gill Sperlein*
                                           Gill Sperlein,
                                           for Plaintiff Io Group, Inc.

ORDER

The Court having considered the above Affidavit of Identity,

IT IS SO ORDERED, that the term judgment debtor include the name "A Workshop."

5-16-05                                    /s/ Saundra Brown Armstrong
Date                                       SANDRA BROWN ARMSTRONG
                                           United States District Judge

-4-

AFFIDAVIT OF IDENTITY
C-04-2823 (SBA)

Case 4:04-cv-02823-SBA   Document 33   Filed 05/16/05   Page 5 of 5

## whois

Whois: bareback.com
@whois. Magic   [Whois]

Server Used: [ whois.domaindiscover.com ]

**bareback.com** = [ **64.49.215.69** ]

Registrant:
  A Workshop
  676A 9th Ave  302
  New York  NY 10036-3602
  US
  Domain Name: **BAREBACK.COM**
  Administrative Contact  Technical Contact  Zone Contact:
    A Workshop
    Webmaster
    676A 9th Ave  302
    New York  NY 10036-3602
    US
    347-251-3249
    212-898-1173 [fax]
    **amvscom@aol.com**

  Domain created on 20-Nov-2000
  Domain expires on 20-Nov-2009
  Last updated on 15-Jul-2003
  Domain servers in listed order:
    **NS.RACKSPACE.COM**
    **NS2.RACKSPACE.COM**

Register or transfer domains at BuyDomains for as low as 9/yr. Every domain comes with 100 FREE Value Added Services: traffic stats  custom 1-page website  email  URL  frame forwarding  whois spam protection  toll free 24x7 phone support & more...

EXHIBIT A