IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C 04-2823 SBA |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| MICHAEL PURSER, et al., | |
| Defendants. | |

On January 26, 2005, this Court issued an Order granting Plaintiff's motion for default judgment against defendants Michael Purser and Bareback.com, Inc. and awarding Plaintiff damages in the amount of two hundred thirty-one thousand dollars ($231,000). Also on January 26, 2005, this Court ordered the entry of judgment against defendants Michael Purser and Bareback.com, Inc. on all of Plaintiff's causes of action.

On April 14, 2005, Plaintiff filed a Motion for Writ of Execution and Affidavit of Identity. On May 16, 2005, this Court ordered that the term "judgment debtor" include the name "A Workshop" based on Plaintiff's Affidavit of Identity.

For good cause showing,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff and against defendants Michael Purser, Bareback.com, Inc. and A Workshop in the amount of two hundred thirty-one thousand dollars ($231,000) on all of Plaintiff's causes of action. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 6-15-05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge