United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C 04-2823 SBA |
| Plaintiff, | **TURNOVER ORDER** |
| v. | [Docket No. 36] |
| MICHAEL PURSER, et al., | |
| Defendants. | |

This matter comes before the Court on the Ex Parte Application of Plaintiff and Judgment Creditor Io Group, Inc. for Turnover Order In Aid of Execution [Docket No. 36]. The Court, having considered the Ex Parte Application of Plaintiff and Judgment Creditor Io Group, Inc. for Turnover Order In Aid of Execution and the supporting Memorandum of Points and Authorities and Declaration submitted by Plaintiff; having found that the Court has supplemental jurisdiction over Defendants and Judgment Debtors Bareback.com, Inc. and A Workshop (collectively, "Judgment Debtors") pursuant to Rule 69 of the Federal Rules for Civil Procedure to enforce its judgment of January 26, 2005; the Court having previously found that it has personal jurisdiction over the Judgment Debtors; the Clerk of the Court having previously issued a Writ of Execution; and the Court having found a need for this turnover order, IT IS HEREBY ORDERED THAT the Ex Parte Application of Plaintiff and Judgment Creditor Io Group, Inc. for Turnover Order in Aid of Execution [Docket No. 36] is GRANTED.

**IT IS FURTHER ORDERED THAT:**

1. Defendant and Judgment Debtors Bareback.com, Inc. and A Workshop ("Judgment Debtors") are ordered to turn over all of their rights and possessory interests in the following domain names and to take all actions necessary to effect the transfer of the domain name registrations for the following domain names to Io Group, Inc. ("Plaintiff"):

| | | | |
|---|---|---|---|
| (a) | www.aworkshop.com; | (h) | www.latinuncut.com; |
| (b) | www.bareback.com; | (i) | www.malenation.com; |
| (c) | www.barebackvideo.com; | (j) | www.militarymen.com; |
| (d) | www.bearsnextdoor.com; | (k) | www.troff.com; and |
| (e) | www.boysfetish.com; | (l) | Any other domain name in which Judgment Debtors have rights or a possessory interest. |
| (f) | www.boysnextdoor.com; | | |
| (g) | www.houseboy.com; | | |

2. Judgment Debtors are ordered not to transfer, delete, alter, or otherwise modify any of their current domain names (including the aforementioned domain names) and registrations with all registrars, except as necessary to effectuate this Order.

3. Domain Discover is ordered to take all steps necessary to assist in the transfer of the aforementioned domain name registrations to Io Group, Inc. to effectuate this Order.

4. The Court directs the United States Marshal, pursuant to Cal. Code Civ. P § 699.080, to act as a levying officer consistent with 28 U.S.C. §1921, the internal procedures and policies of the United States Marshal's office, and this Order. At the time of levy, pursuant to Cal. Code Civ. P. § 701.520, Plaintiff shall serve, either personally or by mail, a notice of intended sale of the property on the Judgment Debtors. A copy of the notice of intended sale and proof of service on the Judgment Debtors shall be filed with the Court and with the United States Marshal. The notice of intended sale shall describe the property to be sold and state that it will be sold at an execution sale unless, within ten (10) days after service of the notice of intended sale, the Judgment Debtors apply to the Court on noticed motion for an order that the property be collected rather than sold. A copy of such noticed motion shall also be filed with the United States Marshal. If the Judgment Debtors fail to file a copy of such noticed motion with the Court and United States Marshal within the time period prescribed by Cal. Code Civ. P. § 701.520, the United States Marshal shall arrange for the sale of the domain name registrations identified in Paragraph 1 of this Order through a recognized, publicly utilized service which specializes in the sale of domain name registrations, such as www.GreatDomains.com or www.Afternic.com. The sale shall be advertised by the United States Marshal in *The Recorder* for at least seven (7) days prior to the date of sale of the domain name registrations. Plaintiff will pay the costs of the sale,

including the costs of advertising, which costs shall be deducted from the Marshal's commission. The United States Marshal shall also be authorized to sign the Bill of Sale, if applicable. Such sale is for the benefit of Plaintiff to enable it to collect at least a portion of its judgment herein.

5.   Plaintiff is permitted to make a credit bid at any such sale, based on the judgment herein.

**IT IS FURTHER ORDERED THAT:**

6.   Plaintiff shall return to the Judgment Debtors any amount received from the sale of the aforementioned domain registrations which is in excess of Plaintiff's judgment including attorney's fees, costs, and interest, as permitted by law. Should sale of one domain name registration or a combination of domain registrations result in cash payment in full to Plaintiff, in an amount sufficient to satisfy Plaintiff's judgment, including attorney's fees, costs and interest, as provided by law, then Plaintiff shall return to the Judgment Debtors any unsold aforementioned domain name registrations. Any income realized from Plaintiff's subsequent operation of a website using the above-referenced domain names is not to be considered income from the sale of the domain name registration itself.

7.   **NOTICE IS HEREBY GIVEN THAT FAILURE BY ANY JUDGMENT DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

**IT IS SO ORDERED.**

Dated: 9-7-05

SAUNDRA BROWN ARMSTRONG
United States District Judge

3